EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  David Rodriguez
8100 Hines Road
Disputanta, VA 23842

From:  Norfolk Local Office
200 Granby Street
Suite 739
Norfolk, VA 23510

☐   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 438-2019-00515 | Mary Armstead, Investigator | (757) 441-3477 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]   More than 180 days have passed since the filing of this charge.

☐   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Norberto Rosa-Ramos,
Local Office Director

2/6/2020
*(Date Mailed)*

Enclosures(s)

cc:   John M. Altman, Jr.
City Manager
City of Hopewell
300 N. Main Street
Hopewell, VA 23860

Tim Schulte
SHELLEY CUPP SCHULTE
2020 Monument Avenue
Hopewell, VA 23220

**EXHIBIT**
**1**

Enclosure with EEOC
Form 161-B (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):**   The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix,          and          other          ADA          related          publications,          available          at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

➤ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.
➤ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions,** such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
➤ **Only one** major life activity need be substantially limited.
➤ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
➤ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.
➤ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage:**
➤ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).
➤ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
➤ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.
➤ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note:   Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.*   For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

| AMENDED CHARGE OF DISCRIMINATION | | AGENCY<br>☐ FEPA<br>X EEOC | CHARGE NUMBER<br>438-2019-00515 |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | | | |

Office of the Attorney General, Division of Human Rights and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)*<br>David Rodriguez | HOME TELEPHONE *(Include Are Code)*<br>REDACTED -0347 |
|---|---|

| STREET ADDRESS<br>REDACTED | CITY, STATE AND ZIP CODE<br>VA 23842 | DATE OF BIRTH<br>REDACTED 1967 |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If m an one list below)*

| NAME<br>City of Hopewell Police Department | NUMBER OF EMPLO' | MEMBERS | TELEPHONE *(Include Area Code)*<br>804-541-2222 |
|---|---|---|---|

| STREET ADDRESS<br>300 N. Main S | CITY, STATE AND ZIP CODE<br>Hopewell, VA 23860 | Hopewell |
|---|---|---|

CAUSE OF DISCRIMINATION BASED ON   (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

X RETALIATION  ☐ AGE  X DISABILITY  OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST                    LATEST
August 2018

X   CONTINUING ACTION

THE PARTICULARS ARE   *(If additional space is needed, attach extra sheet(s))*:

I was employed with the City of Hopewell Police Department as a police officer from January 2007 through November 30, 2015. My employment as a police officer ended because I was injured during a car accident, while working and suffered a back injury. Due to the injury to my back, I was required to take pain medication and therefore, was unable to carry a weapon. During my employment I was respected by my peers and consistently received positive performance evaluations. However, my Captain, Michael Whittington, often made fun of my disability and nick-named me "PTSD" because I suffered from PTSD.

After almost two years of being discriminated against for my disability, I finally made a formal complaint against Captain Whittington for discrimination based on my disability of PTSD. After I made that complaint, I was consistently harassed by Captain Whittington and other supervisors. As a police officer, it was frowned upon to complain about your superiors and from that point forward, I was consistently given a hard time.

In July 2018 I applied for a position with Hopewell Public Schools as a security officer. The position was contracted through Major Security Consultants & Design, Inc. On August 20, 2018 I had an interview with Missy Shores, Director of Personnel for Hopewell City School District. On August 29, Ms. Shores contacted me to schedule a second interview with her and Mike Jones for August 30, 2018. Mr. Jones is the president of Major Security Consultants & Design, Inc. During the second interview Mr. Jones indicated that he was impressed with my qualifications and gave me the impression that I was favored for the position. Mr. Jones then asked me "what about your disability?" I was taken aback by this question as I did not know how Mr.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | SIGNATURE OF COMPLAINANT |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | NOTARY - (When necessary for State and Local Requirements) |
| 2-14-19<br>Date          Charging Party *(Signature)* | Lizabeth M. Stewart<br>Commonwealth of Virginia<br>SUBSCRIB AN SWO TO BEFORE ME THIS DATE<br>(Day, Mont         Commission No. 355487<br>My Commiss Expires 11/30/2022 |

Jones would be aware of my disability. I quickly responded and told Mr. Jones that my disability would not affect my ability to do the job of security officer. Mr. Jones could tell that I was off put by his question and stated "I spoke to John." I gave Mr. Jones a funny look, because I had worked with several individuals named "John". Mr. Jones then said that it was Chief John Keohane, with the City of Hopewell Police Department. I found out from a friend that Mr. Jones and Chief Keohane are friends.

On September 10, 2018 I sent an e-mail to Ms. Shores to follow up on the status of the position. Ms. Shores responded and stated that final approval was not complete. I sent another e-mail to Ms. Shores on October 2, 2018 to follow up again. On October 3, 2018 I received a form e-mail stating that I had not been selected for the position. I sent another e-mail to Ms. Shores expressing my concern about not being selected for the position. At that time I also requested copies of the interview notes and findings pursuant to the Freedom of Information Act and also sent a request for a copy of my employment file to the City of Hopewell. Ms. Shores advised me that Mr. Jones's recommendations drove the job offers. When Mr. Jones became aware of my FOIA request, he called me and initially told me he didn't recall and then stated that he only had six positions available and that is why I was not selected for the position.

I believe that Hopewell City Public Schools discriminated against me based on my disability and that the City of Hopewell Police Department retaliated against me by disclosing information about my disability to a prospective employer in violation of the Americans with Disabilities Act and the ADA Amendments Act of 2008, 42 U.S.C. § 12101 *et seq.*

---

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures | SIGNATURE OF COMPLAINANT |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | NOTARY - (When necessary for State and Local Requirements) |
| 2-14-19 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 2/14/19 |
| Date       Charging Party (Signature) | (Day, Month, and Year) |

Lizabeth M. Stewart
Commonwealth of Virginia
Notary Public
Commission No. 355487
My Commission Expires 11/30/2022